**Motion Denied; Order filed March 5, 2019.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00597-CR
_____

**XAVIER DAVENPORT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1462345**

## ORDER

Appellant is represented by appointed counsel, Aimee Bolletino. Appellant's brief was originally due November 8, 2018. We have granted extensions of time to file appellant's brief through February 7, 2019. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On February 15, 2019, counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Aimee Bolletino to file a brief with the clerk of this court on or before **March 12, 2019**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.